IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | NO. 07-16102 |
| ELIZABETH A. SMITH, | CHAPTER 13 |
| Debtor. | JUDGE JACK B. SCHMETTERER |

## AMENDED STATEMENT OF OUTSTANDING OBLIGATIONS

Now comes LITTON LOAN SERVICING, LP, SERVICER FOR THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK N.A. AS TRUSTEE, RESIDENTIAL FUNDING COMPANY, LLC F/K/A RESIDENTIAL FUNDING CORPORATION, its successors and/or assigns (hereinafter referred to as "LITTON"), a creditor herein, by TERRI M. LONG, its attorney, and files this Amended Statement of Outstanding Obligations:

1. That on September 4, 2007, the Debtor herein filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. That LITTON is a creditor of the Debtor with respect to a certain mortgage upon real estate, with a common address of 5746 S. Marshfield Avenue, Chicago, Illinois 60636.

3. That, on June 1, 2011, the trustee filed and served a Notice of Payment of Final Mortgage Cure Amount Under Paragraph B(2)(b) of Plan.

4. That, as of this date, although the post-petition current mortgage payments are current, creditor's Proof of Claim still reflects a balance of $2,413.08 in pre-petition arrearages. Therefore, the mortgage is not current.

5. That, in addition, there are post-petition escrow advances in the amount of $2,052.74.

6. That this amended statement is filed in response to trustee's notice and is intended to comply with the requirements set forth in said notice.

                                    Respectively Submitted,

                                    _____/s/ Terri M. Long_____
                                    TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
18201 Morris Avenue
Homewood, Illinois 60430
Phone: (708) 922-3301 Fax: (708) 922-3302
Atty. for LITTON LOAN SERVICING, LP, its Successors and/or Assigns